IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Y.J.R.R, | : Civil No. 1:25-CV-00799 |
| Petitioner, | : |
| v. | : |
| WARDEN MOSHANNON VALLEY ICE PROCESSING CENTER, *et al.*, | : |
| Respondents. | : Judge Jennifer P. Wilson |

# **ORDER**

Before the court is the report and recommendation of Magistrate Judge Susan E. Schwab recommending that Petitioner's case be transferred to the Western District of Pennsylvania. (Doc. 3.) Given the potential need for exigency in this case, the parties confirmed via email with the court that they do not object to the report and recommendation. Thus, no party has filed objections to the report and recommendation, resulting in the forfeiture of de novo review by this court. *Nara v. Frank*, 488 F.3d 187, 194 (3d Cir. 2007) (citing *Henderson v. Carlson*, 812 F.2d 874, 878–79 (3d Cir. 1987)).

Following an independent review of the report and record, and affording "reasoned consideration" to the uncontested portions of the report, *EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (quoting *Henderson*, 812 F.2d at 879), to "satisfy [the court] that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b), advisory committee notes, the court finds that Judge

Schwab's analysis is well-reasoned and fully supported by the record and applicable law.

Accordingly, **IT IS ORDERED THAT**:

1) The report and recommendation, Doc. 3, is **ADOPTED**.

2) This case is transferred to the Western District of Pennsylvania.

3) Once transferred, the Clerk of Court is directed to close the case in this District.

s/Jennifer P. Wilson  
JENNIFER P. WILSON  
United States District Judge  
Middle District of Pennsylvania

Dated: May 14, 2025